# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131767 & (64)

PHILLIP GULLEY, as Guardian and
Conservator of DARNELL HILL,
      Plaintiff-Appellee,

v

     SC:   131767
     CoA:  259012
     Wayne CC: 03-309246-NF

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
      Defendant-Appellant.
_____

     On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2006

_____
Clerk